UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS ALLEN DAVIS,
  Petitioner,

v.                                          Case No. 3:22cv285-LAC/MAF

M.V. JOSPEH,
     WARDEN FPC PENSACOLA,
  Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 19, 2022 (ECF No. 10). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2.     Respondent's motion to dismiss (ECF No. 6) is **GRANTED** and the petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 2) is

**DISMISSED for lack of jurisdiction**.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 2nd day of May, 2022.

       s/*L.A. Collier*
      **LACEY A. COLLIER**
      **SENIOR UNITED STATES DISTRICT JUDGE**